**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:      Albert  Morris v. Wells Fargo Bank

Appellate case number:    01-19-00610-CV

Trial court case number:  15-DCV-221475

Trial court:            434th District Court of Fort Bend County

Appellant, Albert Morris, has filed a motion for en banc reconsideration of the denial of his motion to recall the mandate issued in this case. The En Banc Court has voted to deny the motion for en banc reconsideration. Accordingly, it is ordered that the motion for en banc reconsideration is **denied**.

En Banc Court consists of Chief Justice Radack and Justices Keyes, Lloyd, Kelly, Goodman, Landau, Hightower, Countiss, and Adams.

Judge's signature:      _____/s/ Sarah B. Landau_____
                                 Acting for the En Banc Court

Date:   ___December 29, 2020_____